**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT COVELL,**

           **Plaintiff,**

v.                                                    **Case No.**

**TOLL BROS., INC.,**

           **Defendants.**
_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ROBERT COVELL, hereby sues Defendant TOLL BROS., INC., a foreign profit corporation. and alleges as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a male born in 1962 and has performed all conditions precedent necessary to the maintenance of this action or such conditions precedent have been waived, including the filing of a charge of discrimination with the Equal Employment Opportunity Commission alleging age and sex discrimination.

2. At all times material to this Complaint, Plaintiff was a resident and citizen of Manatee County, Florida.

3. Defendant is a foreign corporation conducting business from its office in Manatee County, Florida.

4.    Prior to filing this action, Plaintiff timely filed EEOC Charge No. 511-2021-02512 and received a right to sue letter.

## FACTUAL ALLEGATIONS

6.    Plaintiff commenced employment with Defendant in August 2020 as a Sales Consultant. Plaintiff worked in Defendant's Isles at Lakewood Ranch community. Plaintiff has years of experience supporting sales divisions with real estate and construction companies.

7.    Plaintiff was an exemplary employee while with Defendant with no disciplinary record during his employment. Plaintiff was, by all standards, a high-producing sales consultant.

8.    While Plaintiff was employed by Defendant, Defendant held networking meetings for future management opportunities in which no men were invited to participate, including Plaintiff.

9.    In April 2021, shortly before Plaintiff's termination, Defendant hired a 34-year old woman for Plaintiff's same position in the same office.

10.    In May 2021, Defendant terminated Plaintiff's employment without providing any cause or justification.

11.    In the weeks immediately following Plaintiff's termination, Defendant hired another 34-year old woman as well as a 40-year old woman for Plaintiff's position in the same office. Defendant also hired another 33-

year-old woman and a 40-year-old woman for Plaintiff's position in different offices not far from their Isles at Lakewood Ranch location.

12. Following Plaintiff's termination, Plaintiff's entire former sales team was comprised solely of women.

## COUNT I - AGE DISCRIMINATION IN VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT

13. Plaintiff realleges paragraphs 1 through 12 as if fully set forth herein.

14. Plaintiff was terminated on the basis of his age and was replaced with significantly younger women.

15. Plaintiff has been damaged by the conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to grant a judgment requiring Defendant to pay to Plaintiff compensatory and liquidated damages in an amount to be proved at trial, prejudgment interest thereon, and costs and attorney's fees under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et al.

## COUNT II - SEX DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

16. Plaintiff realleges paragraphs 1 through 12 as if fully set forth herein.

17. Plaintiff was barred from attending networking meetings for future management opportunities on the basis of his sex.

18. Plaintiff was terminated based on his sex.

19.   Plaintiff has been damaged by the conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to grant a judgment requiring Defendant to pay to Plaintiff compensatory and punitive damages in an amount to be proved at trial, prejudgment interest thereon, and costs and attorney's fees under Title VII, 42 U.S.C. § 2000e et al.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all claims so triable.

/s/ Craig L. Berman

Craig L. Berman
Fla. Bar No. 068977
BERMAN LAW FIRM, P.A.
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701
727-550-8989
craig@bermanlawpa.com

**ATTORNEY FOR PLAINTIFF**